UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHANIE WARE** and | * | **CIVIL ACTION** |
| **PHIL ABSHIRE** | * | |
| | * | |
| **VERSUS** | * | **CASE No.:  08-0218** |
| | * | |
| **THE LAFAYETTE CITY-PARISH** | * | |
| **CONSOLIDATED GOVERNMENT, THE** | * | |
| **LAFAYETTE CITY-PARISH COUNCIL,** | * | **JUDGE MELANCON** |
| **JOEY DUREL, AS CITY-PARISH** | * | |
| **PRESIDENT OF LAFAYETTE,** and | * | |
| **REDFLEX TRAFFIC SYSTEMS, INC.** | * | **MAGISTRATE HILL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

      Plaintiffs, Stephanie Ware, Phil Abshire and all putative class plaintiffs herein, through undersigned counsel, voluntarily dismiss all claims herein against all named defendants herein, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

 

Respectfully submitted,

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was sent to all parties of record via ECF, telefax and/or U.S. Mail, this 7 January 2009.

/s/ Anthony S. Maska_____

/s/ Anthony S. Maska_____
JOSEPH R. McMAHON, III, #21769, T.A.
ANTHONY S. MASKA, #25163
110 Ridgelake Drive
Metairie, Louisiana 70001
Telephone: (504) 828-6225
Facsimile:  (504) 828-6201
**Counsel for Plaintiffs**